# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2006

131691

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM TIWAN DOTSON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131691
COA: 261411
Wayne CC: 04-009343-01

_____/

On order of the Court, the application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for a written explanation, to be filed with the Clerk of this Court within 28 days of the date of this order, why what the Court of Appeals understandably characterized as "inconsistent verdicts," in convicting defendant of felonious assault of Pruitt and felony-firearm while acquitting defendant of the remaining charges, does not constitute a violation of *People v Ellis*, 468 Mich 25 (2003).

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2006

_____
Clerk

t1205